UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Zitronenbaum,

                Plaintiff(s),

     -against –

Midland Credit Management, Inc., et al.,

                Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:20-CV-04151 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: August 25, 2020

    White Plains, New York

                                                          _____

                                                           CATHY SEIBEL, U.S.D.J.